UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICKIE THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV143 CDP |
| ) | |
| AT&T OPERATIONS, INC., f/k/a ) | |
| SBC OPERATIONS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

For the reasons stated in the accompanying Memorandum and Order,

**IT IS HEREBY ORDERED** that plaintiff Rickie Thomas's claims against defendant AT&T Operations, Inc. are dismissed, with prejudice.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 8th day of May, 2009.